UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WALDIMIR ADALBERTO CRUZ ROMERO,**<br><br>Plaintiff,<br><br>v.<br><br>**ITW FOOD EQUIPMENT GROUP LLC,**<br><br>Defendant. | Civil Action No. 11-1799 (ESH) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff Waldimir Adalberto Cruz Romero's Motion to Amend the Judgment and Include Prejudgment Interest [ECF No. 163] is DENIED; it is further

**ORDERED** that defendant ITW Food Equipment Group's Motion to Stay Execution of Judgment Pending Disposition of Post-Trial Motion and Appeal and Request for Approval of Bond Amount [ECF No. 154] is GRANTED; it is further

**ORDERED** that execution of the June 10, 2015 judgment and any proceedings to enforce it are hereby stayed pending the disposition of defendant's renewed Motion for Judgment as a Matter of Law [ECF No. 166] and any appeal on the condition that a supersedeas bond is filed by August 15, 2015; and it is further

**ORDERED** that the amount of the proposed supersedeas bond, $3,000,000.00, is approved.  Defendant shall submit a fully executed bond for the Court's final approval on or before August 15, 2015.  *See* Fed. R. Civ. P. 62(d).

**SO ORDERED**.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: August 6, 2015